IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 22 A II: 12

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr50-VPM |
| | ) | (18 U.S.C. 641) |
| **SARAH T PRESTON** | ) | |
| | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

<u>COUNT</u>

On or about the 20th day of December 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **SARAH T PRESTON** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*/s/ Neal B. Frazier*
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| **STATE OF AMERICA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 20 December 2005, via closed circuit video monitors, I observed SARAH T PRESTON take a Estee Lauder Beyond Paradise perfume pen from a gift set and place it inside a different Estee Lauder Beyond Paradise Enticing Dreams gift set. PRESTON proceeded to checkout where she paid for all of the items except the perfume pen. PRESTON then left the store. I detained her in the lobby and escorted her to the manager's office. Security forces responded. A search of the gift set box revealed two perfume pens within it instead of the one that it is supposed to come with. The value of the gift set is $48.00.

*[signature]*
ROBERT SMITH

Subscribed and sworn to before me this 30 day of January, 2006.

*[signature]*
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 20, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

ANNA M. HAMBLIN
Notary Public
STATE OF ALABAMA