| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 5/16/06 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:31 - 10:34 |
| | COURT REPORTER: |

√ ARRAIGNMENT     ❏ CHANGE OF PLEA     ❏ CONSENT PLEA
❏ RULE 44(c) HEARING     ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:06cr50-VPM     **DEFENDANT NAME:** Sarah T. Preston
**AUSA:** Kent B. Brunson     **DEFENDANT ATTORNEY:** Patricia Kemp
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
X **FINACIAL AFFIDAVIT EXECUTED.**  *x***ORAL MOTION FOR APPT OF COUNSEL**
x ***ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED***
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ Not Guilty          ❏ Nol Contendere
   ❏ Not Guilty by reason of insanity
   ❏ Guilty as to:
      ❏ Count(s):
      ❏ Count(s):          ❏ dismissed on oral motion of USA
               ❏ to be dismissed at sentencing
❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count
x **MISDEMEANOR CRIMINAL TRIAL TERM:** 7/17/06
x **DISCOVERY DISCLOSURE DATE:** 5/16/06     PLEA CONSENT: 7/10/06
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Posting a $_____ bond;
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed
      ❏ Defendant requests time to secure new counsel
❏ WAIVER of Speedy Trial.