# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:06-CR-50-VPM** |
| | **)** | |
| **SARAH T. PRESTON** | **)** | |

## NOTICE OF APPEARANCE

 **COMES NOW** the undersigned counsel, Robin C. Konrad, and enters her appearance as counsel for **SARAH T. PRESTON**, in the above-styled matter.

 Dated this 19th day of May  2006.

       Respectfully submitted,

       **s/Robin C. Konrad**
       **ROBIN C. KONRAD**
       **DC BAR NO.: 484125**
       Attorney for Defendant
       Federal Defenders
       Middle District of Alabama
       201 Monroe Street, Suite 407
       Montgomery, AL 36104
       TEL:   (334) 834-2099
       FAX:   (334) 834-0353
       E-Mail: Robin_Konrad@fd.org

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN  DIVISION

UNITED STATES OF AMERICA      )
                )
       V.             )      **CASE NO: 2:06-CR-50-VPM**
                )
SARAH T. PRESTON         )

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Neal B. Frazier, Special Assistant U.S. Attorney, 50 LeMay Plaza South, Maxwell AFB, AL 36112.

<u>s/Robin C. Konrad</u>
**ROBIN C. KONRAD**
**DC BAR NO.: 484125**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Robin_Konrad@fd.org