# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-50-VPM |
| | ) | |
| SARAH T. PRESTON | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

**COMES NOW** Sarah T. Preston, by and through undersigned counsel, and respectfully requests that this Court grant an extension of time to file pretrial motions. In support of this motion, Ms. Preston submits the following:

1. Counsel for Ms. Preston was provided with a videotape of the alleged theft that occurred on December 20, 2005.

2. Upon reviewing the videotape, counsel realized that only a two-minute portion of the alleged offense was on the tape. The tape does not include any footage of Ms. Preston leaving the store without paying for merchandise.

3. On June 5, 2006, at approximately 1:30 p.m., counsel for Ms. Preston contacted Captain Neal Frazier, Special Assistant United States Attorney and informed him that the videotape was incomplete.

4. Captain Frazier informed counsel for Ms. Preston that he would have a complete copy of the videotape to counsel for Ms. Preston no later than the end of this week, which would be June 9, 2006.

5. Captain Frazier also indicated that he would not object to counsel filing a

motion for an extension of time, as the videotape was incomplete.

6.     Counsel for Ms. Preston cannot determine if any pretrial motions need to be filed without reviewing first the videotape and then meeting with her client about the videotape.

For the foregoing reasons, Ms. Preston hereby respectfully moves this Court to extend the deadline for pretrial motions until Wednesday, June 14, 2006, so that both undersigned counsel and Ms. Preston will have an opportunity to review the videotape.

Respectfully submitted,

**s/Robin C. Konrad**
**ROBIN C. KONRAD**
**DC BAR NO.: 484125**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Robin_Konrad@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-CR-50-VPM** |
| ) | |
| **SARAH T. PRESTON** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Neal B. Frazier, Special Assistant U.S. Attorney, 50 LeMay Plaza South, Maxwell AFB, AL 36112; and Kent B. Brunson, Assistant U.S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Robin C. Konrad**
**ROBIN C. KONRAD**
**DC BAR NO.: 484125**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Robin_Konrad@fd.org