IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-50-VPM |
| | ) | |
| **SARAH T. PRESTON** | ) | |

### NOTICE OF VIEWING OF VIDEOTAPE

Pursuant to this Court's Order On Arraignment dated May 22, 2005, undersigned counsel, Robin C. Konrad, advises this Honorable Court that counsel received and reviewed a copy of the full-length videotape on or before June 13, 2006.

Dated this 19th day of June 2006.

Respectfully submitted,

**s/Robin C. Konrad**
**ROBIN C. KONRAD**
**DC BAR NO.: 484125**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Robin_Konrad@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-50-VPM** |
| | ) | |
| **SARAH T. PRESTON** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Neal B. Frazier, Special Assistant U.S. Attorney, 50 LeMay Plaza South, Maxwell AFB, AL 36112.

 

<u>**s/Robin C. Konrad**</u>
**ROBIN C. KONRAD**
**DC BAR NO.: 484125**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Robin_Konrad@fd.org