IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 2:06CR50-VPM |
| | ) |
| SARAH T. PRESTON | ) |

# ORDER ON MOTION

Upon consideration of the Unopposed Motion for Extension of Time (Doc. #11), filed on 6 June 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. This court's Arraignment Order entered on 22 May 2006 is amended to reflect that the deadline for pretrial motions is extended to 14 June 2006.[1]

DONE this 30th day of June, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE

---

[1] In as much as this date has passed, the time for filing pretrial motions has now expired.